UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-22306-CIV-SEITZ

BRUNO GASPAROTTO,

    Movant,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT, DENYING CERTIFICATE OF APPEALABILITY, AND CLOSING CASE

THIS MATTER is before the Court on the Report of Magistrate Judge [DE 16], in which the Magistrate Judge recommends that the Amended § 2255 Petition [DE 14] be denied, that no certificate of appealability issue, and that the Magistrate Judge's March 16, 2017 Report [DE 10] be vacated. The Report found that Movant's Petition was untimely and that *Johnson v. United States*, 576 U.S. –, 135 S. Ct. 2551 (2015), offered Movant no relief. No objections have been filed. Having carefully reviewed, *de novo*, Magistrate Judge White's Report, the record, and given that Movant does not object, it is

ORDERED that:

1. The Report of Magistrate Judge [DE 16] is AFFIRMED and ADOPTED, and incorporated by reference into this Court's Order.

2. Movant's Amended § 2255 Petition [DE 14] is DISMISSED.

3. The Magistrate Judge's March 16, 2017 Report [DE 10] is VACATED.

4. The Court will not issue a Certificate of Appealability.

5. All pending motions not otherwise ruled upon in this Order are DENIED AS MOOT.

6. This case is CLOSED.

DONE AND ORDERED in Miami, Florida, this 3rd day of January, 2019.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: All counsel of record